JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: AVIIR, INC.<br>BRITTANY ROTHNEM, on her own behalf and on behalf of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KAREN S. NAYLOR, in her capacitiy as Chapter 7 Trustee for Aviir, Inc.,<br><br>Defendants.<br>_____ | Case No. SACV 15-00535 DDP<br><br>**ORDER OF DISMISSAL** |

THE COURT having been notified of settlement of this matter by counsel,

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice.

THE COURT to retain jurisdiction for a period of 30 days to enforce the terms of the settlement.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: September 19, 2016

DEAN D. PREGERSON
United States District Judge